**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Craig Woolard, individually and on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>Reynolds Consumer Products, Inc., and Reynolds Consumer Products LLC,<br><br>      Defendants. | Case No. 1:23-CV-02924<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Craig Woolard ("Plaintiff") and his counsel, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Dated: July 5, 2023

Respectfully submitted,

/s/ Charles D. Moore
Charles D. Moore
**REESE LLP**
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: cmoore@reesellp.com

**MANFRED, APC**
Manfred P. Muecke
600 Broadway Avenue, Suite 700
San Diego, CA 92101
(619) 550-4005
Email: mmuecke@manfredapc.com

*Attorneys for Plaintiff and Putative Class Members*